IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02430-BNB

GENE JOHNSON,

     Applicant,

v.

MR. MCHENRY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2008

GREGORY C. LANGHAM
CLERK



---

## ORDER OF DISMISSAL

---

Applicant, Gene Johnson, apparently is a pretrial detainee who currently is confined at the Colorado Mental Health Institute in Pueblo, Colorado. He initiated this action by submitting **pro se** a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (2006). He has paid the $5.00 filing fee.

On December 13, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Johnson to show cause within thirty days why the habeas corpus application should not be denied for the reasons stated in the December 18 order. Instead of showing cause as directed within the time allowed, Mr. Johnson submitted to the Court on December 17, 2007, copies of grievances and inmate/staff communications forms concerning the conditions of his confinement and his state-court criminal proceedings. He has failed to show cause as directed within the time allowed or otherwise to communicate with the Court. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action dismissed without prejudice for Applicant's failure to show cause as directed within the time allowed.

DATED at Denver, Colorado, this 25 day of _____January_____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-02430-BNB

Gene Johnson
Prisoner No. A-0232534
CMHIP
1600 West 24th Street (F-4)
Pueblo, CO 81003

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to the above-named individuals on 1/25/08

                                              GREGORY C. LANGHAM, CLERK

                                      By:_____
                                              Deputy Clerk